# CarMax APPRAISAL OFFER

**Name:** ULISES BETANCOURT IBARRA
**Address:** 10390 SW 154TH CIRCLE CT 77
MIAMI FL 33196
**Vehicle:** 2013 NISSAN ALTIMA 4D SEDAN S
**Mileage:** 52,316    **Engine:** 2.5L
**VIN:** 1N4AL3AP6DC177820
**Color:** GOLD

**Contact:**
JOSE QUINTERO

7110 - INTERNATIONAL MALL, FL

**Date:** 04/06/2017

617223

## FEATURES CONSIDERED

- POWER LOCKS
- AM/FM STEREO
- AUXILIARY AUDIO INPUT
- REAR DEFROSTER
- ABS BRAKES
- POWER SEAT(S)
- TRACTION CONTROL
- OVERHEAD AIRBAGS
- SMART KEY
- AUTOMATIC TRANSMISSION
- POWER WINDOWS
- CD AUDIO
- AIR CONDITIONING
- CRUISE CONTROL
- CLOTH SEATS
- POWER MIRRORS
- SIDE AIRBAGS
- BLUETOOTH TECHNOLOGY

## CONDITIONS ASSESSED

| | | | |
|---|---|---|---|
| Engine: | Runs Improperly | Driver Fender: | Prior Paintwork |
| Hood: | Prior Paintwork | Pass Fender: | Prior Paintwork |
| Driver Front Door: | Prior Paintwork | Driver Rear Door: | Prior Paintwork |
| Pass Rear Door: | Needs Repair | Driver Quarter: | Prior Paintwork |
| Pass Quarter: | Needs Repair | Rear Bumper: | Need to Replace |
| Frame: | Frame Damage | Dash: | Engine Light On |
| Front Seats: | Good Condition | Rear Seats: | Good Condition |
| Carpet: | Good Condition | Transmission: | Good Condition |
| Front Tires: | Good Condition | Rear Tires: | Good Condition |
| Wheels: | Good Condition | | |

## APPRAISAL OFFER $4,000

This offer is valid until the close of business on 4/13/17.

If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $240.00

This offer is good for **7 days** and will be honored at all CarMax stores. After 7 days, your vehicle will need to be reappraised and the **offer may change.**

**Comments**
VEHICLE HAS EXISTING DAMAGE TO THE PASSENGER SIDE, ENGINE RUNS IMPROPERLY INDICATING MAY NEED SERVICE. LIMITED WHOLESALE MARKET. THANKS FOR HAVING YOUR VEHICLE APPRAISED

**Your Appraiser**
CASSANDRA H.
- CarMax Certified Appraiser

We've appraised more than 20 million vehicles. Your appraiser can provide a detailed explanation of how we determined your offer — just ask!

# SELL US YOUR CAR today!

**save time and money**
AND WALK AWAY WITH PAYMENT IN HAND

When you sell to CarMax, you can avoid the hassles of selling your car yourself: • depreciation • additional car payments • costly advertising • the uncertainties of an unknown buyer (inspections, negotiations, and payment).

**We'll buy your car even if you don't buy ours!®**

**bring these items**
TO SELL US YOUR VEHICLE

Title (if it is not with a lienholder)
Valid registration
Valid state-issued photo ID for all titleholders
All keys and remotes (if applicable)

See other side for important details.

Scanned by CamScanner