# CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Ulises Betancourt        JOINT DEBTOR: Lisandra Rodriguez        CASE NO.: 17-14377-LMI
Last Four Digits of SS# 9693        Last Four Digits of SS# 3102

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 390.34    for months 1 to 60 ; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ 3650 TOTAL PAID $ 1300  Balance Due $ 2350
                  payable $ 235/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $
Address:                             Arrears Payment    $_____/month (Months ____ to ____)
                                     Regular Payment    $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Nissan Motor Acceptance POB 660360 Dallas, TX 75266 | 2013 Nissan Altima $4000 | 5.25% | $75.94 | 1 To 60 | 4,000 at 5.25% for a total payment of $4,556.64 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. none                    Total Due  $_____
                           Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 40.36/month (Months 1 to 10) and Pay $275.36 /month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Attorney for the Debtor                       Attorney for the Joint Debtor
Date: 04-07-2017                              Date: 04-07-2017


LF-31 (rev. 01/08/10)