UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
ULISES BETANCOURT                                        Case No. 17-14377-LMI
LISANDRA RODRIGUEZ ,
    Debtors.                                                      Chapter 13
_____/

**OBJECTION TO DEBTORS' MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON PERSONAL PROPERTY OF
NISSAN MOTOR ACCEPTANCE CORPORATION**

COMES NISSAN MOTOR ACCEPTANCE CORPORATION (hereinafter "NISSAN"), by and through undersigned counsel, and objects to the Debtors' Motion to Value and Determine Secured Status of Lien on Personal Property [Docket No. 17] and would show:

1. The collateral consists of a **2013 NISSAN ALTIMA, VIN: 1N4AL3AP6DC177820**. NISSAN believes the collateral has a value of at least $11,625.00, pursuant to the NADA Official Used Car Guide attached hereto. The current balance due NISSAN is $9,523.26.

2. Debtor's Motion to Value Collateral provides that the value of the collateral is $4,000.00, with 5.25% interest.

3. NISSAN objects to any interest rate proposed by the Debtors lower than 6%.

WHEREFORE, the Creditor objects to the value set forth in the Debtors' Motion and requests the Court deny same.

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

    /s/ DAVID E. HICKS, ESQ.
    DAVID E. HICKS, ESQ.
    Fla. Bar No. 0368245
    KELLEY KRONENBERG ATTORNEYS AT LAW
    1511 N. Westshore Blvd., Suite 400
    Tampa, FL 33607
    (813) 223-1697
    (813) 433-5275 (fax)
    E-mail: dhicks@kelleykronenberg.com
    Attorneys for NISSAN

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Objection with all attachments has been furnished by U.S. Mail to the parties listed below on this 22nd day of May, 2017.

                                  /s/ DAVID E. HICKS, ESQ.
                                  ATTORNEY

Ulises Betancourt and Lisandra Rodriguez
10390 SW 154th Circle Court #77
Miami, FL 33196

Robert Sanchez, Esq.
355 W. 49 St.
Hialeah, FL 33012

Nancy K. Neidich, Trustee
P.O. Box 279806
Miramar, FL 33027