

5/15/2017

**NADA Used Cars/Trucks**

Nissan Motor Acceptance Corporation

8900 Freeport Pkwy
Irving, TX 75063
1-800-777-6700
merritd@nmac.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2013 Nissan Altima Sedan 4D S 2.5L I4 |
| Region: | Southeastern |
| Period: | May 15, 2017 |
| VIN: | 1N4AL3AP6DC177820 |
| Mileage: | 62,500 |
| Base MSRP: | $22,500 |
| Typically Equipped MSRP: | $23,070 |
| Weight: | 3,114 |



## NADA Used Cars/Trucks Values

| Auction* | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low | $5,800 | -$53 | N/A | $5,747 |
| Average | $8,450 | -$53 | N/A | $8,397 |
| High | $11,125 | -$53 | N/A | $11,072 |
| Trade-In | | | | |
| Rough | $7,325 | N/A | N/A | $7,325 |
| Average | $8,425 | N/A | N/A | $8,425 |
| Clean | $9,325 | N/A | N/A | $9,325 |
| | | | | |
| Clean Loan | $8,400 | N/A | N/A | $8,400 |
| Clean Retail | $11,625 | N/A | N/A | $11,625 |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Power Seat | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power and Associates.
©2017 J.D.Power and Associates